Opinion issued August 1, 2002










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00273-CV

____________


HARTFORD ACCIDENT AND INDEMNITY COMPANY, Appellant


V.


MARTHA GURGANIOUS, Appellee






On Appeal from the 239th District Court

Brazoria County, Texas

Trial Court Cause No. 6718JG98-2






O P I N I O N

 The parties have entered into an agreement to reverse the trial court's order of
December 18, 2001, granting appellee's/plaintiff's, Martha Gurganious's, motion for
summary judgment and extinguishing the subrogation lien claimed by
appellant/intervenor, Hartford Accident and Indemnity Company.

 Accordingly, we reverse the trial court's order of December 18, 2001 and
remand the case to the trial court.

 All pending motions in this appeal are denied as moot.

 The clerk is ORDERED to issue mandate immediately.

PER CURIAM

Panel consists of Justices Hedges, Taft, and Jennings.

Do not publish. Tex. R. App. P. 47.